## * FIFTH DEPARTMENT, FEBRUARY TERM, 1887

Alfred B. Leckenby, Appellant, v Hiram Sibley and others, Respondents.—Judgment modified by striking out the words "on the merits," and as so modified, affirmed without costs of this appeal to either party. Held that there was no co-partnership between the parties shown, and that the plaintiff's remedy, if any is by action at law. Smith, P. J., not voting.

Cornelia R. Ganiard, Respondent, v. The Rochester City and Brighton Railroad Company, Appellant. — Judgment reversed and new trial ordered, costs to abide event. Opinion by Smith, P. J.; Barker, J., dissenting; Haight, J., not voting

Lewis Sanders, Respondent, v. Agnes R. Rheubottom, Appellant. — Orders appealed from, affirmed with ten dollars costs of one appeal only, and disbursements in each Opinion by Smith, P. J

Peter Miller and another, Appellants, v. Charles Richardson, Respondent. — Order affirmed, with ten dollars costs and disbursements.

William F Wait and others, Survivors. etc., Respondents, v John E. Borne and others, Appellants — Judgment and order reversed and new° trial ordered, costs to abide event. Opinion by Barker, J.

George W Church, Respondent, v. Della Church, Appellant —Judgment reversed and new trial ordered before another referee, costs to abide the final award of costs. Opinion by Haight, J. , Bradley, J., not voting.

John York, Jr., Appellant, v. Lyman Briggs, Respondent — Judgment affirmed, with costs Opinion by Bradley, J.

Heman A. Newton, Plaintiff, v Lydia A. Southworth and others, Defendants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Smith, P. J.

In the Matter of the Application of the Niagara Falls and Whirlpool Railway Company, Respondent, to Acquire Lands of Jane S. Townsend.—Order affirmed, with ten dollars costs and disbursements, to be paid by the appellant. Barker, J , not voting.

Ignatz Thalheimer v. Ferdinand Hays and another.

Yette Thalheimer v Same.

Salie Frankel v Same.

Susselia Hays v. Same.—Order modified so as to reserve in the bank a fund sufficient to pay the judgments of Salie Frankel and Yette Thalheimer, to wit, $2,069.91, and interest thereon, from December 2, 1885, and $5,449.07 and interest thereon, from November 13, 1885, until the appeals in those cases now pending in the Court or Appeals, from the orders va-

cating attachments, are finally disposed of That the order, as so modified, be affirmed, unless the defendant, Jacob Thalheimer, shall within twenty days, give an undertaking, con forming to the provisions of section 1327 of the Code, except that it may be conditioned to pay the balance of the judgment recovered by Susselia Hays, after applying the money applicable thereto, heretofore paid into court and now on deposit in the Monroe County Savings Bank, in case the appeal is affirmed or dismissed, and if the sureties are excepted to, they shall justify in accordance with section 1335 of the Code.

Edward Garrett, Respondent, v. The City of Buffalo, Appellant. — Judgment and order affirmed. Opinion by Haight, J.

Edwin S. Connors, Respondent, v. Charles A. Bullis and another, Appellants. — Judgment and order affirmed Opinion by Haight, J.

Henry W. Chamberlain and others, Respondents, v. George Van Campen and others, Appellants. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barker, J

Samuel C. Hamilton, Plaintiff, v. The Acme Oil Company, Defendant.—Motion for new trial denied and judgment ordered for the plaintiff on the verdict.

Margaret Murphy, Appellant, v. Lewis P. Ross, Respondent. — Judgment affirmed with costs. Opinion by Haight, J.

Adelle E. Tracy, Plaintiff, v. William S. Seamens, Defendant.—Motion for new trial denied and judgment ordered for the plaintiff upon the verdict. Opinion by Haight, J.

William R. Hart, Respondent, v. George M. Bowman and others, Appellants.— Order af firmed with disbursements.

Elizabeth W. Greenwood, Respondent, Impleaded, etc., v. Percy L. Marvin and others, Appellants, Impleaded, etc. — Order reversed without costs, with leave to renew motion if the appellant neglects to bring the motion for new trial to argument at the next General Term of this court.

William S. Pierce, Respondent, v John Sheldon and another, Appellants. — Order affirmed, without costs to either party.

Lott Farnsworth, Plaintiff, v Harrison N. Webster, defendant.—Order affirmed without costs. Haight, J., not sitting.

Salie Frankel, Plaintiff, v. Ferdinand Hays, Defendant

Yette Thalheimer, Plaintiff, v. Ferdinand Hays, Defendant. — Motion for reargument in each case granted.

## ** FIRST DEPARTMENT, MARCH TERM, 1887.

The People of the State of New York, Plaintiff, v. Charles F. Myers, Defendant.—Judgment affirmed. Opinion by Daniels, J.

Ferdinand Redlein, Administrator, etc., Appellant, v. The Long Island Railroad Company, Respondent. — Order reversed with costs. Opinion by Van Brunt, J.

In the Matter of Priscilla C. Drinker.—Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Isabella B. Clute, Appellant, v. Adam Emmerich, Respondent—Order affirmed with costs. Opinion by Van Brunt, P. J.

Isabella B. Clute, Appellant, v. Jacob Knies, Respondent, Impleaded, etc.—Order modified,

as directed in opinion, and affirmed as modified, without costs. Opinion by Van Brunt, J.

The People of the State of New York ex rel. Walter J. Bradley v. Stephen B. French and others, Respondents.—Writ dismissed. Opinion by Brady, J.

Thomas H. Harton, Respondent, v. Abraham H. Carrick and others, Appellants. — Order reversed, with costs. Opinion by Brady, J.

Attorney General v. Continental Life Insurance Company. — Motion for reargument denied, with costs. Opinion by Daniels, J.

In the Matter of J. Hooker Hammersley.—Order affirmed. Opinion by Brady, J.

Edward M. Tyler, Appellant, v. The Mayor,

* Decisions handed down at an Adjourned Term, February 11, 1887.

** Decisions handed down March second and fourteenth.

Decisions handed down March thirty first will appear in next volume.